**J. S. Gardner, appellee, v. N. M. Harris, appellant.**

Action of forcible entry and detainer. Judgment for plaintiff for possession. Appeal from the Circuit Court of Pulaski county; the Hon. A. W. Lewis, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed November 10, 1921.

Charles L. Rice, for appellant. C. S. Miller, for appellee. Mr. Justice Barry delivered the opinion of the court.

---

**Mae Black, appellee, v. Berns Duane Tibbetts et al., appellants.**

Action for damages for personal injuries sustained when plaintiff's horse became frightened at defendant's truck, driven by an employee. Judgment for plaintiff. Appeal from the Circuit Court of Madison county; the Hon. M. R. Sullivan, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed November 10, 1921.

G. R. Moser and Warnock, Williamson & Burroughs, for appellants. Geers & Geers, for appellee. Mr. Justice Barry delivered the opinion of the court.

---

**The People of the State of Illinois for use of Thomas F. Aldrich and Frank C. Roberts, appellants, v. Walter E. Kimbro and Fidelity & Deposit Company of Maryland, appellees.**

Action in debt on official bond of a sheriff. Judgment for defendants. Appeal from the Circuit Court of Union county; the Hon. William N. Butler, Judge, presiding. Heard in this court at the March term, 1921. Reversed and remanded. Opinion filed November 10, 1921.

A. J. Pickrell and James Lingle, for appellants. Charles E. Feirich and Charles C. Crawford, for appellees. Mr. Justice Boggs delivered the opinion of the court.

---

**Horace J. Leach, appellant, v. Charles Leach, appellee.**

Assumpsit upon account growing out of settlement of corporate affairs. Judgment for defendant. Appeal from the Circuit Court of Edwards county; the Hon. J. C. Eagleton, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed November 10, 1921.

Howard P. French, for appellant. Allen E. Walker, for appellee. Mr. Justice Boggs delivered the opinion of the court.